[No. 15547-1-III.     Division Three.     July 31, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC
M.P., *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 95-8-00311-1, David Edwards, J. Pro Tem., entered January 18, 1996. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 15906-0-III.     Division Three.     July 31, 1997.]

RICKY LEE GOLDEN, *Appellant*, v. ALLSTATE
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-2-07386-1, Tari S. Eitzen, J., entered June 3, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 16519-1-III.     Division Three.     July 31, 1997.]

*In the Matter of the Personal Restraint of* CRAIG
EDWARD MAHRLE, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Schultheis, J. Now published at 88 Wn. App. 410.

[No. 16564-3-II.     Division Two.     August 1, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
L. HEAD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00537-2, Don L. McCulloch, J., entered September 3, 1992. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Armstrong, JJ.